BORIS FELDMAN, State Bar No. 128838
GIDEON A. SCHOR, State Bar of New York
(admitted *pro hac vice*)
AARON J. BENJAMIN, State Bar No. 301796
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 493-6811
boris.feldman@wsgr.com
gschor@wsgr.com
abenjamin@wsgr.com

Attorneys for Defendants Brocade
Communications Systems, Inc., Lloyd A.
Carney, Judy Bruner, Renato A. DiPentima,
Alan L. Earhart, John W. Gerdelman,
Kim C. Goodman, David L. House,
L. William Krause, David E. Roberson,
and Sanjay Vaswani

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH CHUAKAY, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>BROCADE COMMUNICATIONS SYSTEMS, INC., LLOYD A. CARNEY, JUDY BRUNER, RENATO A. DIPENTIMA, ALAN L. EARHART, JOHN W. GERDELMAN, KIM C. GOODMAN, DAVID L. HOUSE, L. WILLIAM KRAUSE, DAVID E. ROBERSON, and SANJAY VASWANI,<br><br>Defendants. | CASE NO.: 3:17-cv-00058-EMC<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT**<br><br>Before: Honorable Edward Milton Chen<br>Complaint Filed: January 5, 2017 |

STIP. & [PROPOSED] ORDER EXTENDING TIME TO
RESPOND
CASE NO.: 3:17-CV-00058-EMC

1    WHEREAS, Elizabeth Chuakay ("Plaintiff") filed her Complaint for Violations of the Federal Securities Laws on January 5, 2017 ("Complaint");

WHEREAS, Defendants waived service of the Complaint, and their responses to the Complaint are currently due April 3, 2017;

WHEREAS, the Court has ordered this case related to four other cases currently pending in the Northern District of California, entitled *Steinberg v. Brocade Communications Systems, Inc., et al.*, Case No. 3:16-cv-07081-EMC, *Gross v. Brocade Communications Systems, Inc., et al.*, Case No. 3:16-cv-07173-EMC, *Bragan v. Brocade Communications Systems, Inc., et al.*, Case No. 3:16-cv-07271-EMC, and *Jha v. Brocade Communications Systems, Inc., et al.*, Case No. 3:16-cv-07270-EMC;

WHEREAS, counsel for Plaintiff and counsel for Defendants have stipulated that Defendants need not answer the Complaint and shall meet and confer on a schedule after consolidation of this case and the above-referenced cases and after the filing of a consolidated amended complaint;

NOW, THEREFORE, the parties, by and through their respective counsel, stipulate and agree as follows:

1. Defendants shall not be required to, and shall not waive any rights, arguments, or defenses by waiting to, answer, move, or otherwise respond to the Complaint in this action;

2. Defendants and Plaintiff shall meet and confer on a schedule after consolidation and the filing of a consolidated amended complaint;

3. Nothing in this Stipulation shall be construed as a waiver of any of Defendants' rights or positions in law or in equity, or as a waiver of any defenses that Defendants would otherwise have, including, without limitation, jurisdictional defenses.

IT IS SO STIPULATED.

Dated: February 3, 2017

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
BORIS FELDMAN

By: /s/ Boris Feldman
    Boris Feldman

|   |   |
|---|---|
| 1 | 650 Page Mill Road |
| 2 | Palo Alto, CA 94304 |
|   | Telephone: (650) 493-9300 |
| 3 | Facsimile: (650) 493-6811 |
|   | boris.feldman@wsgr.com |
| 4 |   |
|   | Attorneys for Defendants Brocade |
| 5 | Communications Systems, Inc., Lloyd A. |
|   | Carney, Judy Bruner, Renato A. DiPentima, |
| 6 | Alan L. Earhart, John W. Gerdelman, Kim C. |
|   | Goodman, David L. House, L. William Krause, |
| 7 | David E. Roberson, and Sanjay Vaswani |

Dated: February 3, 2017

FINKELSTEIN THOMPSON LLP
QUENTIN A. ROBERTS

By: /s/ Quentin A. Roberts
    Quentin A. Roberts

44 Montgomery Street, Suite 650
San Francisco, CA 94104
Telephone: 415-398-8700
Facsimile: 415-398-8704
Email: rrivas@finkelsteinthompson.com

Attorneys for Plaintiff

## [PROPOSED] ORDER

**GOOD CAUSE HAVING BEEN SHOWN**, it is hereby ordered that:

1. Defendants will not be required to, and shall not waive any rights, arguments, or defenses by waiting to, answer, move, or otherwise respond to the Complaint in this action;
2. Defendants and Plaintiff shall meet and confer on a schedule after consolidation and the filing of a consolidated amended complaint;
3. Nothing in this Stipulation shall be construed as a waiver of any of Defendants' rights or positions in law or in equity, or as a waiver of any defenses that Defendants would otherwise have, including, without limitation, jurisdictional defenses.

**IT IS SO ORDERED.**

DATED: 2/6/17

HONORABLE EDWARD M. CHEN
UNITED STATES DISTRICT JUDGE