BORIS FELDMAN, State Bar No. 128838
GIDEON A. SCHOR, State Bar of New York
(admitted *pro hac vice*)
AARON J. BENJAMIN, State Bar No. 301796
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA  94304-1050
Telephone: (650) 493-9300
Facsimile:  (650) 493-6811
boris.feldman@wsgr.com
gschor@wsgr.com
abenjamin@wsgr.com

Attorneys for Defendants Brocade
Communications Systems, Inc., Lloyd A.
Carney, Judy Bruner, Renato A. DiPentima,
Alan L. Earhart, John W. Gerdelman,
Kim C. Goodman, David L. House,
L. William Krause, David E. Roberson,
and Sanjay Vaswani

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH CHUAKAY, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> BROCADE COMMUNICATIONS SYSTEMS, INC., LLOYD A. CARNEY, JUDY BRUNER, RENATO A. DIPENTIMA, ALAN L. EARHART, JOHN W. GERDELMAN, KIM C. GOODMAN, DAVID L. HOUSE, L. WILLIAM KRAUSE, DAVID E. ROBERSON, and SANJAY VASWANI, <br><br> Defendants. | CASE NO.: 3:17-cv-00058-EMC <br><br> **STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE** <br><br> Before: Honorable Edward Milton Chen <br> Complaint Filed: January 5, 2017 |

WHEREAS, plaintiff Elizabeth Chuakay ("Plaintiff") filed the above-captioned securities class action lawsuit on January 5, 2017;

WHEREAS, this action is subject to the provisions of the Private Securities Litigation Reform Act of 1995 ("Reform Act"), 15 U.S.C. §78u-4, which, *inter alia,* requires the Court to appoint a lead plaintiff;

WHEREAS, on February 1, 2017, the Court entered an Order setting an initial Case Management Conference ("CMC") for March 16, 2017 and setting Rule 26(f) and CMC deadlines for March 9, 2017;

WHEREAS, no lead plaintiff motion has been filed and a lead plaintiff has not been appointed;

WHEREAS, if appointed lead plaintiff by the Court, Plaintiff anticipates that it will file an amended complaint;

WHEREAS, defendants anticipate that they will move to dismiss the amended complaint;

WHEREAS, on February 6, 2017, this Court ordered, pursuant to the parties' stipulation, that Defendants need not respond to the complaint and that the parties shall meet and confer on a schedule after consolidation and the filing of a consolidated amended complaint;

WHEREAS, in light of the current procedural posture, and in particular, the fact that a lead plaintiff has not yet been appointed, and a consolidated complaint has not been filed nor an operative complaint designated, the parties respectfully request that the CMC and related deadlines be continued as set forth below.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, subject to Court approval, as follows:

1. The CMC is continued pending the appointment of a lead plaintiff and the subsequent filing of an amended complaint or designation of an operative complaint. Likewise, the deadline for filing a CMC statement is continued accordingly.

| | | |
|---|---|---|
| 1 | Dated: February 28, 2017 | WILSON SONSINI GOODRICH & ROSATI |
| 2 | | Professional Corporation |
| | | BORIS FELDMAN |

By: /s/ Boris Feldman
     Boris Feldman

650 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 493-9300
Facsimile: (650) 493-6811
boris.feldman@wsgr.com

Attorneys for Defendants Brocade Communications Systems, Inc., Lloyd A. Carney, Judy Bruner, Renato A. DiPentima, Alan L. Earhart, John W. Gerdelman, Kim C. Goodman, David L. House, L. William Krause, David E. Roberson, and Sanjay Vaswani

Dated: February 28, 2017

LEVI & KORSINSKY LLP
ROSEMARY M. RIVAS

By: /s/ Rosemary M. Rivas
     Rosemary M. Rivas

44 Montgomery Street, Suite 650
San Francisco, CA 94104
Telephone: 415-291-2420
Facsimile: 415-484-1294
Email: rrivas@zlk.com

Attorneys for Plaintiff

1  **[PROP~~OSED~~] ORDER**

2     PURSUANT TO STIPULATION, IT IS SO ORDERED. CMC is reset from 3/16/17 to 4/13/17 at 1:30 p.m. (same time as motion to appoint lead counsel.) Joint CMC statement due 4/6/17.

D̶a̶t̶e̶d̶: _____     _____
     3/3/17                        The Honorable Edward M. Chen
                                   United States District Judge



IT IS SO ORDERED
AS MODIFIED
Judge Edward M. Chen

## ATTESTATION

1. I, Boris Feldman, am the ECF user whose ID and password are being used to file this **STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE.** In compliance with Civil Local Rule 5-1, I hereby attest that Rosemary M. Rivas has concurred in this filing.

Dated: February 28, 2017

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: /s/ Boris Feldman
     Boris Feldman